UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL LESLIE-DODGE, )<br>)<br>Defendant. ) | Court No. 04-cv-40183 |

## UNITED STATES' MOTION FOR DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter a default against the defendant, Michael Leslie-Dodge (hereinafter "Leslie-Dodge"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1. According to our office records, Leslie-Dodge is indebted to the United States for the principal amount of $3,300.00; plus $709.92 accrued interest at the rate of 6.0 percent; plus costs. The total balance as of March 29, 2005 is $4,009.92.

2. The submitted affidavit of Nancy M. Rojas, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes Leslie-Dodge's failure to plead to the complaint.

WHEREFORE, the United States moves this Court to enter a default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Leslie-Dodge for failing to plead to, or otherwise defend, the complaint in the above captioned action.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By:
  /s/   Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3288

Dated: March 31, 2005

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                               Boston, MA

    I hereby certify that on this day, I served a copy of the foregoing by mailing to Michael Leslie-Dodge located at 20 Finlay Road, Sturbridge, MA 01566.

  /s/   Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney